UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Send

**CIVIL MINUTES - GENERAL**

Case No.   CV 06-5578 SVW(JCx)                                      Date   February 20, 2007

Title      Columbia Pictures Industries, Inc. et al. v. Gary Fung, et al.

Present: The Honorable   Jacqueline Chooljian, United States Magistrate Judge

| James Muñoz | none | 07-10 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Steven B. Fabrizio, Esq.                          Ira P. Rothken, Esq
Gianni Servodidio, Esq.

**Proceedings:**   Hearing on Notice of Motion and Joint Stipulation Re Plaintiffs' Motion to Compel Production of Documents and related matters

   Case called. Counsel made their appearances. Court heard arguments. Matter taken under submission.

                                                                                    1 : 30

DOCKETED ON CM
FEB 21 2007
BY _____ 104

                                                 Initials of
                                                 Deputy Clerk     jm

CV-90 (06/04)                    CIVIL MINUTES - GENERAL                          Page 1 of 1