# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV-06-5578-SVW(JCx) | Date | February 21, 2007 |
| Title | COLUMBIA PICTURES INDUSTRIES ACA, et al. v. GARY FUNG, et. al., | | |

Present: The Honorable   STEPHEN V. WILSON

| YVETTE LOUIS | VICTORIA L. VALINE | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

STEVEN B. FABRIZIO
GIANNI P. SERVODIDIO

Attorneys Present for Defendants:

IRA P. ROTHKEN

**Proceedings:**   **(IN CHAMBERS ORDER)**
PLAINTIFF'S MOTION TO MODIFY OR CLARIFY SCHEDULING ORDER

Hearing held.

The court **GRANTS** plaintiffs' Motion to Modify or Clarify the Scheduling Order. Plaintiffs are hereby entitled to seek discovery necessary for filing a motion for summary judgment as to inducement, contributory infringement, AND vicarious infringement. Defendants are also entitled to discovery on their affirmative defenses.

The Court hereby **VACATES** the March 26, 2007, deadline for the filing of motions for summary judgment. The briefing schedule for cross-motions for summary judgment are reset as follows:

Filing of Summary Judgment Motions............................................June 18, 2007
Oppositions...................................................................................July 16, 2007
Replies.........................................................................................August 13, 2007

Hearing...............................................................September 10, 2007, at 1:30 p.m.

IT IS SO ORDERED.



Initials of Preparer   YL