JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
sfabrizio@jenner.com
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4823

GIANNI P. SERVODIDIO (*pro hac vice*)
ggps@jenner.com
SAMI J. VALKONEN (*pro hac vice*)
svalkonen@jenner.com
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.* | Case No. CV-06-05578 SVW (JCx) |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING UNDER SEAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, STATEMENT OF UNCONTROVERTED FACTS, AND SUPPORTING DECLARATIONS |
| v. | |
| GARY FUNG, *et. al.* | |
| Defendants. | |

Date: November 19, 2007
Time: 1:30PM
Ctrm: 6

Judge: The Hon. Stephen V. Wilson

[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION FOR FILING UNDER SEAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ACCOMPANYING DOCUMENTS

1  Plaintiffs' Application for Filing under Seal of Plaintiffs' Motion for
2  Summary Judgment, Statement of Uncontroverted Facts, and Supporting
3  Declarations having come before the Court, the Court has considered the application
4  and the documents proposed to be filed under seal. Based on the foregoing, and
5  pursuant to the Protective Order entered in this case, and for good cause shown,
6  IT IS HEREBY ORDERED THAT (i) Plaintiffs' Memorandum of Points and
7  Authorities in Support of Summary Judgment on Liability, (ii) Plaintiffs' Statement
8  of Uncontroverted Facts and Conclusions of Law in Support of Motion for
9  Summary Judgment on Liability, (iii) the Declaration of Gianni P. Servodidio in
10 Support of Plaintiffs' Motion for Summary Judgment on Liability, (iv) Exhibits to
11 the Declaration of Gianni P. Servodidio in Support of Plaintiffs' Motion for
12 Summary Judgment on Liability, Volume 1 of 5 (Ex. 1; P0001 to P0339), (v)
13 Exhibits to the Declaration of Gianni P. Servodidio in Support of Plaintiffs' Motion
14 for Summary Judgment on Liability, Volume 2 of 5 (Ex. 2 to Ex. 50; P0340 to
15 P0637), (vi) Exhibits to the Declaration of Gianni P. Servodidio in Support of
16 Plaintiffs' Motion for Summary Judgment on Liability, Volume 3 of 5 (Ex. 51 to
17 Ex. 139; P0638 to P0939), (vii) Exhibits to the Declaration of Gianni P. Servodidio
18 in Support of Plaintiffs' Motion for Summary Judgment on Liability, Volume 4 of 5
19 (Ex. 142 to Ex. 279; P0940 to P1492), (viii) Exhibits to the Declaration of Gianni P.
20 Servodidio in Support of Plaintiffs' Motion for Summary Judgment on Liability,
21 Volume 5 of 5 (Ex. 283 to Ex. 352; P1493 to P1889), and (ix) the Declaration of
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

1  Ellis Horowitz in Support of Plaintiffs' Motion for Summary Judgment are hereby
2  filed under seal.
3      IT IS SO ORDERED.
4  Dated: Sept 6, 2007

*[signature]*

HON. STEPHEN V. WILSON
U.S. DISTRICT COURT JUDGE

11789

3

[PROPOSED] ORDER REGARDING PLAINTIFFS'
APPLICATION FOR FILING UNDER SEAL OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND ACCOMPANYING DOCUMENTS

## PROOF OF SERVICE

I, Vicki S. Henderson, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067.

On September 6, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING APPLICATION FOR FILING UNDER SEAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING DECLARATIONS** on the parties in this cause

[X] (VIA OVERNIGHT DELIVERY) by placing the above named document in a sealed envelope addressed as set forth below, or on the attached service list and by then causing said envelope to be deposited for collection and overnight delivery via Federal Express in accordance with Loeb & Loeb LLP's ordinary business practices.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net**

[X] (VIA EMAIL) I caused the transmission of the above named document to the email address set forth below.

Ira P. Rothken
Jared Smith
Robert Kovsky
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949

**Email: ira@techfirm.com; jared@techfirm.com; rlk@sonic.net**

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA 90503

**Email: kretz@retzhopkins.com**

LA1669495.1
203351-10012

1        I am readily familiar with Loeb & Loeb LLP's practice for collecting and
2  processing correspondence for mailing with the United States Postal Service and
3  Overnight Delivery Service. That practice includes the deposit of all
4  correspondence with the United States Postal Service and/or Overnight Delivery
5  Service the same day it is collected and processed.
6        I certify that I am employed in the office of a member of the bar of this Court
7  at whose direction the service was made.
8        I declare under penalty of perjury that the foregoing is true and correct.
9        Executed on September 6, 2007 at Los Angeles, California.

                                        *[signature]*
                                    Vicki S. Henderson

LA1669495 1
203351-10012

# PROOF OF SERVICE

I, _____ the undersigned, declare that:

I am an employee or independent contractor of Nationwide Legal, Inc., a registered California process service (Registration Number 5484 ), having its principal place of business in the County of Los Angeles, State of California, and whose telephone number is (213) 625-9100. I am over the age of 18 and not a party to the within action; my business address is 316 West 2nd Street, Suite 705, Los Angeles, CA 90012.

On September 6, 2007, I served a true copy of **[PROPOSED] ORDER REGARDING APPLICATION FOR FILING UNDER SEAL OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, STATEMENT OF UNCONTROVERTED FACTS AND SUPPORTING DECLARATIONS** by delivering to the office of the addressee(s) in a sealed envelope:

Kirk J. Retz, Esq.
Retz & Hopkins LLP
21535 Hawthorne Boulevard, Suite 200
Torrance, CA  90503

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 6, 2007, at Los Angeles, California.

_Titus Russell_
Signature

LA1669497 1
203351-10012