```
 1  JENNER & BLOCK LLP
    STEVEN B. FABRIZIO (pro hac vice)
 2    sfabrizio@jenner.com
 3  1099 New York Avenue, NW
    Suite 900
 4  Washington, DC 20001
 5  Telephone: (202) 639-6000
    Facsimile: (202) 661-4823
 6
    GIANNI P. SERVODIDIO (pro hac vice)
 7    gps@jenner.com
 8  919 Third Avenue, 37th Floor
    New York, NY 10022
 9  Telephone: (212) 891-1600
10  Facsimile: (212) 891-1699
11  Attorneys for Plaintiffs
12
13               UNITED STATES DISTRICT COURT
14               CENTRAL DISTRICT OF CALIFORNIA
15
```

| COLUMBIA PICTURES INDUSTRIES, INC., et. al.<br><br>Plaintiffs,<br><br>v.<br><br>GARY FUNG, et. al.<br><br>Defendants. | Case No. CV-06-05578 SVW (JCx)<br><br>The Hon. Stephen V. Wilson<br><br>**DECLARATION OF THOMAS SEHESTED PURSUANT TO THE COURT'S AUGUST 25, 2009 RE PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON LIABILITY**<br><br>Date:<br>Time:<br>Ctrm:   6 |
|---|---|

SEHESTED DECL

# DECLARATION OF THOMAS SEHESTED

I, Thomas Sehested, hereby declare, under oath, as follows:

1. I am the CEO and founder of DtecNet Software ("DtecNet"), an anti-piracy company that, among other things, monitors online networks for infringing content. I have 6 years of experience working on and supervising a technical staff on anti-piracy issues. The anti-piracy work I supervise includes monitoring of infringing content on BitTorrent, and the DtecNet employees I supervise have extensive experience in monitoring, analyzing, and downloading files via BitTorrent. I am also familiar with DtecNet's business records relating to its anti-piracy activities. Further details of my professional history can be found on the resume attached hereto as Exhibit 1.

2. The statements made in this declaration are based on my personal knowledge. If called to testify as a witness, I would testify as follows:

3. In my duties as CEO of DtecNet, I have overseen work that DtecNet has done related to monitoring the availability online of pirated content available via BitTorrent. As part of this anti-piracy work, DtecNet personnel under my supervision downloaded the dot-torrent files identified by corresponding infohash on Exhibit 2. Each dot-torrent file points to a specific content file that is identified by the unique infohash value. For each of the dot-torrent files listed, DtecNet personnel under my supervision downloaded the associated content files and reviewed them to verify whether or not the dot-torrent files on Exhibit 2 correctly identified the associated content listed in Exhibit 2, i.e., the movie or television program appearing in the name of the dot-torrent file.

4. The information regarding the dot-torrent file, content file, and content verification reflected in Exhibit 2 was stored in the normal course of business in DtecNet's business records, with which I am familiar, and were retrieved at my direction.


SEHESTED DECL

1
2   I declare under penalty of perjury under the laws of the United States of
3   America that the foregoing is true and correct.
4   Executed on September 14, 2009.

_____
Thomas Sehested