CHAMBERS COPY

1  JENNER & BLOCK LLP
2  STEVEN B. FABRIZIO (*pro hac vice*)
       sfabrizio@jenner.com
3  1099 New York Avenue, NW
   Suite 900
4  Washington, DC  20001
5  Telephone:  (202) 639-6000
   Facsimile:   (202) 639-6066
6
7  GIANNI P. SERVODIDIO (*pro hac vice*)
       gservodidio@jenner.com
8  919 Third Avenue
9  37th Floor
   New York, NY  10022
10 Telephone:  (212) 891-1600
11 Facsimile:  (212) 891-1699
12
   *Attorneys for Plaintiffs*
13

FILED
CLERK U.S. DISTRICT COURT
NOV 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16              _____

17 | COLUMBIA PICTURES           ) Case No. CV 06-05578 SVW (JCx)
18 | INDUSTRIES, INC., *et al.*, )
                                 ) [~~PROPOSED~~] ORDER TO SHOW
19 |        *Plaintiffs*,        ) CAUSE WHY DEFENDANTS
                                 ) SHOULD NOT BE HELD IN
20 |                             ) CONTEMPT OF THE
21 |    v.                       ) PERMANENT INJUNCTION
                                 )
22 |                             )
23 | GARY FUNG, *et al.*,        ) Ctrm:    6
                                 ) Judge:   Hon. Stephen V. Wilson
24 |        *Defendants*.        )
25 |                             )
26 |_____)
27
28

Plaintiffs' Ex Parte Application for an Order to Show Cause Why Defendants Should Not be Held in Contempt of the Permanent Injunction, having come before the Court, the Court has considered the Application, and all matters filed in support thereof. For good cause shown, the Court grants the Application, and orders defendants to appear on 11/29, 2010, at 1:30 p.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Judge Stephen V. Wilson, located at 312 N. Spring Street, Los Angeles, California 90012, then and there to show cause, if any exists:

1. Why defendants should not be adjudicated in contempt of the Permanent Injunction (Dkt. #426);

2. Why defendants should not be ordered to pay a fine of $10,000 for each day that defendants fail to comply with the Permanent Injunction;

3. Why defendants should not be ordered to pay plaintiffs' attorneys' fees and costs incurred in connection with this proceeding; and

4. Why the Court should not grant any further or other relief that the Court may deem appropriate.

Defendants are ordered to e-file and serve by e-mail on plaintiffs' counsel of record any written opposition to the Application no later than the close of business on November 18, 2010. Plaintiffs shall e-file and serve by e-mail on defendants' counsel of record any reply papers no later than the close of business on November 23, 2010.

IT IS SO ORDERED.

Dated: Nov 11, 2010

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE