**FILED**

MAY 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORPORATION; TRISTAR PICTURES, INC.; TWENTIETH CENTURY FOX FILM CORPORATION; UNIVERSAL CITY STUDIOS LLLP; UNIVERSAL CITY STUDIOS PRODUCTIONS, LLLP; WARNER BROS ENTERTAINMENT, INC., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> GARY FUNG; ISOHUNT WEB TECHNOLOGIES, INC., <br><br> Defendants - Appellants. | No. 10-55946 <br><br> D.C. No. 2:06-cv-05578-SVW-JC <br> Central District of California, <br> Los Angeles <br><br> ORDER |
|---|---|



Before: PREGERSON, FISHER, and BERZON, Circuit Judges.

Submission of this case is vacated pending the issuance of the mandate in

*UMG v. Shelter Capital*, No. 09-55902.