UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-05578-SVW-JC | Date | July 1, 2013 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Gary Fung et al | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven B Fabrizio<br>Karen R Thorland | Ira P Rothken<br>Michael S Elkin<br>Thomas P Lane |

**Proceedings:**   STATUS CONFERENCE re NINTH CIRCUIT MANDATE [511]

Conference held. The parties are granted two weeks leave, up to and including July 15, 2013, to meet and confer and attempt to agree on modifications to the permanent injunction that would make it consistent with the Ninth Circuit's decision. If the parties are unable to agree, they are to submit a notice to the Court to that effect on July 15, 2013; and, no later than July, 22, 2013, the parties shall a joint pleading advising the Court on changes to which they agree and those which they do not. For the changes the parties do not agree upon, each party must proposed language, and present argument in support of their proposed language, not to exceed eight pages each.

As to the contempt argument, the plaintiff shall file a brief within ten days, but no later than July 11, 2013. Defendant's response shall be filed seven days thereafter, but no later than July 18, 2013. Plaintiff shall have three days to reply, up to and including July 22, 2013. Hearing shall occur on July 29, 2013 at 1:30 p.m.

The matter will stand submitted.

|  | : | 24 |
|---|---|---|
| | Initials of Preparer | PMC |