Michael S. Elkin (admitted *pro hac vice*)
melkin@winston.com
Thomas Patrick Lane (admitted *pro hac vice*)
tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

Ira P. Rothken (SBN: 160029)
ira@techfirm.net
Jared R. Smith (SBN: 130343)
jared@techfirm.net
**ROTHKEN LAW FIRM**
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:  (415) 924-4250
Facsimile:   (415) 924-2905

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendants,
GARY FUNG and ISOHUNT WEB TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GARY FUNG, et al.,<br><br>      Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR EVIDENTIARY SANCTIONS FOR VIOLATION OF THE COURT'S JUNE 8, 2007 ORDER—FEES REQUESTED** |

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on August 20, 2013, Plaintiffs filed an *Ex Parte* Application For Evidentiary Sanctions For Violation of the Court's June 8, 2007 Order—Fees Requested (Dkt. No. 558) ("Plaintiffs' *Ex Parte* Application");

WHEREAS, the parties wish to allow additional time for briefing so as to enable them to make thorough presentations to the Court;

NOW, THEREFORE, the parties hereby stipulate that Defendants have until Monday, **August 26, 2013,** to respond to Plaintiffs' *Ex Parte* Application, and that Plaintiffs have until Friday, **August 30, 2013** to reply, and respectfully request that the Court approve their stipulation.

IT IS SO STIPULATED.

Dated: August 21, 2013          JENNER & BLOCK LLP

                                By: */s/ Steven B. Fabrizio*
                                    Steven B. Fabrizio
                                    Gianni P. Servodidio

                                *Attorneys for Plaintiffs*


Dated: August 21, 2013          WINSTON & STRAWN LLP

                                By: */s/ Erin R. Ranahan*
                                    Michael S. Elkin
                                    Thomas Patrick Lane
                                    Erin R. Ranahan

                                ROTHKEN LAW FIRM
                                    Ira P. Rothken
                                    Jared R. Smith

                                *Attorneys for Defendants*
                                GARY FUNG and ISOHUNT WEB
                                TECHNOLOGIES, INC.

*Additional counsel for Defendants:*

Robb C. Adkins (SBN: 194576)
radkins@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400

    I, Erin R. Ranahan, attest that the above listed signatories on whose behalf this document is being filed, have concurred in the content and have authorized the filing.

           */s/ Erin R. Ranahan*
           Erin R. Ranahan

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

**CERTIFICATE OF SERVICE**
**United States District Court for the Central District of California**
*Columbia Pictures Industries, Inc. v. Gary Fung, et al.*
**Case No. CV06-5578-SVW (JCx)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 S. Grand Avenue, Los Angeles, CA 90071-1543. On August 21, 2013, I served the following document:

1. **JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' EX PARTE APPLICATION FOR EVIDENTIARY SANCTIONS FOR VIOLATION OF THE COURT'S JUNE 8, 2007 ORDER—FEES REQUESTED; AND**

2. **[PROPOSED] ORDER**

 by placing a copy of the documents listed above in a sealed envelope with postage thereon fully prepaid in the United States mail at Los Angeles, CA addressed as set forth below. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Signed:   */s/ Patricia Waters*
          Patricia Waters

Dated:    August 21, 2013

**SERVICE LIST**
**United States District Court for the Central District of California**
*Columbia Pictures Industries, Inc. v. Gary Fung, et al.*
**Case No. CV06-5578-SVW (JCx)**

## *NON-CM/ECF REGISTERED USERS*

| | |
|---|---|
| Robert L Kovsky<br>Rothken Law Firm<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949 | |

CERTIFICATE OF SERVICE