# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>                Plaintiffs,<br><br>      v.<br><br>GARY FUNG, et al.,<br><br>                Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' *EX PARTE* APPLICATION FOR EVIDENTIARY SANCTIONS FOR VIOLATION OF THE COURT'S JUNE 8, 2007 ORDER—FEES REQUESTED (DKT. NO. 558)** |

Having considered the parties' Joint Stipulation Regarding Briefing Schedule for Plaintiffs' *Ex Parte* Application for Evidentiary Sanctions for Violation of the Court's June 8, 2007 Order—Fees Requests (Dkt. No. 558) ("Plaintiffs' *Ex Parte* Application"), and good cause appearing therefore, it is hereby ordered that Defendants have until Monday, **August 26, 2013** to respond to Plaintiffs' *Ex Parte* Application and that Plaintiffs have until Friday, **August 30, 2013** to reply.

IT IS SO ORDERED this 21st day of August, 2013.

                               /s/
                          HON. JACQUELINE CHOOLJIAN
                          United States Magistrate Judge