JENNER & BLOCK LLP
STEVEN B. FABRIZIO (admitted *pro hac vice*)
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C.  20005
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4823
E-Mail:  SFabrizio@jenner.com

GIANNI P. SERVODIDIO (admitted *pro hac vice*)
919 Third Avenue
37th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
E-Mail:  GServodidio@jenner.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.*<br><br>    Plaintiffs,<br>v.<br>GARY FUNG, *et. al.*<br><br>    Defendants. | Case No.  **CV-06-05578 SVW (JCx)**<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON WILLFUL AND INNOCENT INFRINGEMENT UNDER 17 U.S.C. § 504(C)(2)**<br><br>Date: September 23, 2013<br>Time: 1:30 PM<br>Ctrm: 6<br><br>Judge: The Hon. Stephen V. Wilson |

1 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2 **PLEASE TAKE NOTICE** that on September 23, 2013, at 1:30 PM, in
3 Courtroom 6 of the above-entitled Court, located at 312 N. Spring Street, Los
4 Angeles, California 90012, the above-named plaintiffs will and hereby do move the
5 Court for an order entering summary judgment on willful and innocent infringement
6 under 17 U.S.C. § 504(c)(2).

7 This Motion is based on the attached Plaintiffs' Memorandum In Support of
8 Motion For Summary Judgment, Plaintiffs' Statement of Uncontroverted Facts and
9 Conclusions of Law in Support of Motion for Summary Judgment, and Declaration
10 of Joe R. Ruvalcaba.  This motion is made following discussions of counsel
11 pursuant to Local Rule 7-3.

13 Dated:  August 23, 2013            Respectfully submitted,

14                                    JENNER & BLOCK LLP

15                                    By: /s/ Steven B. Fabrizio
16                                         Steven B. Fabrizio

17                                    STEVEN B. FABRIZIO
18                                    GIANNI P. SERVODIDIO
                                        JENNER & BLOCK LLP

20                                    KAREN R. THORLAND
21                                    FARNAZ M. ALEMI
                                        MOTION PICTURE ASSOCIATION OF
22                                      AMERICA
                                      15301 Ventura Boulevard
23                                    Building E
24                                    Sherman Oaks, CA 91403

25                                    *Attorneys for Plaintiffs*