| | |
|---|---|
| 1 | JENNER & BLOCK LLP |
| 2 | STEVEN B. FABRIZIO (admitted *pro hac vice*)<br>601 Thirteenth Street, N.W., Suite 1200 South |
| 3 | Washington, D.C.  20005 |
| 4 | Telephone:  (202) 639-6000  Facsimile:  (202) 661-4823<br>E-Mail:  sfabrizio@jenner.com |
| 5 | |
| 6 | GIANNI P. SERVODIDIO (admitted *pro hac vice*) |
| 7 | 919 Third Avenue, 37th Floor<br>New York, NY 10022 |
| 8 | Telephone:  (212) 891-1600  Facsimile:  (212) 891-1699<br>E-Mail:  gservodidio@jenner.com |
| 9 | |
| 10 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.* | Case No. **CV-06-05578 SVW (JCx)** |
| Plaintiffs,<br>v.<br>GARY FUNG, *et. al.*<br>Defendants. | **NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON AFFIRMATIVE DEFENSES OF FAIR USE AND FAILURE TO MITIGATE**<br><br>Date: September 23, 2013<br>Time: 1:30 PM<br>Ctrm: 6<br><br>Judge: The Hon. Stephen V. Wilson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 23, 2013, at 1:30 PM, in Courtroom 6 of the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, the above-named plaintiffs will and hereby do move the Court for an order entering summary judgment on affirmative defenses of fair use and failure to mitigate.

This Motion is based on the attached Plaintiffs' Memorandum In Support of Motion For Summary Judgment and Plaintiffs' Statement of Uncontroverted Facts and Conclusions of Law in Support of Motion for Summary Judgment. This motion is made following discussions of counsel pursuant to Local Rule 7-3 on August 9, 2013, and August 16, 2013.

Dated: August 26, 2013      Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Steven B. Fabrizio
    Steven B. Fabrizio

STEVEN B. FABRIZIO
GIANNI P. SERVODIDIO
  JENNER & BLOCK LLP

KAREN R. THORLAND
FARNAZ M. ALEMI
  MOTION PICTURE ASSOCIATION OF
  AMERICA
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*