JENNER & BLOCK LLP
STEVEN B. FABRIZIO (admitted *pro hac vice*)
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, D.C. 20005
Telephone: (202) 639-6000
Facsimile: (202) 661-4823
E-Mail: sfabrizio@jenner.com

GIANNI P. SERVODIDIO (admitted *pro hac vice*)
919 Third Avenue
37th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
E-Mail: gservodidio@jenner.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GARY FUNG, et al.,<br><br>Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**STIPULATION RE BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT (DKT. NOS. 561-566)** |

WHEREAS, Plaintiffs filed a Motion for Summary Judgment on Willful and Innocent Infringement Under 17 U.S.C. § 504(C)(2) on August 23, 2013 (Dkt. Nos. 561-563), and a Motion for Summary Judgment on Affirmative Defenses of Fair Use and Failure to Mitigate on August 26, 2013 (Dkt. Nos. 564-566) (collectively,

the "Motions"), which were noticed to be heard on by the Court on September 23, 2013;

WHEREAS, because Monday September 2, 2013, is Labor Day and thus a Court holiday, under the Local Rules, Defendants would be required to respond to one of the Motions on Friday, August 30, 2013, *i.e.*, less than a full-week from the date the Motion was filed and served;

WHEREAS, for one of the Motions, Defendants have asserted that there was an insufficient conference of counsel under Local Rule 7-3, an assertion which Plaintiffs dispute; and

WHEREAS, the parties wish to provide for a briefing and hearing schedule that allows the Motions to be heard as quickly as reasonably possible, while providing Defendants with additional time for briefing and resolving any issue regarding Local Rule 7-3;

NOW, THEREFORE, subject to the Court's approval, the parties hereby STIPULATE and AGREE that:

1. Defendants shall have until Friday, **September 6, 2013,** to respond to the Motions and Plaintiffs shall have until Monday, **September 16, 2013** to reply.

2. The Motions shall be heard by the Court on Monday, **September 30, 2013**, at 1:30pm, or as soon thereafter as the Court so orders.

3. Defendants shall not assert or argue non-compliance with Local Rule 7-3 as to either of the Motions. Defendants do not waive any other arguments.

4. Defendants shall not assert or argue that the one-week adjournment of the proposed hearing date, from September 23 to September 30, 2013, is a basis for an adjournment of the November 5, 2013 trial date.

Dated: August 27, 2013

By: /s/ Steven B. Fabrizio     By: /s/ Jennifer A. Golinveaux
    Steven B. Fabrizio         Jennifer A. Golinveaux

| | |
|---|---|
| STEVEN B. FABRIZIO<br>GIANNI P. SERVODIDIO<br>JENNER & BLOCK LLP<br>1099 New York Avenue, N.W.<br>Suite 900<br>Washington, D.C. 20001<br><br>KAREN R. THORLAND<br>FARNAZ M. ALEMI<br>MOTION PICTURE ASSOCIATION OF AMERICA<br>15301 Ventura Boulevard<br>Building E<br>Sherman Oaks, CA 91403<br><br>*Attorneys for Plaintiffs* | MICHAEL S. ELKIN<br>THOMAS PATRICK LANE<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>JENNIFER GOLINVEAUX<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br><br>IRA P. ROTHKEN<br>JARED R. SMITH<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br><br>*Attorneys for Defendants* |

I, Steven B. Fabrizio, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 /s/ Steven B. Fabrizio
Steven B. Fabrizio

- 3 -

**STIP. RE BRIEFING AND HEARING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT**