**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GARY FUNG, et al.,<br><br>    Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT (DKT. NOS. 561-566)** |

Having considered the parties' Stipulation Regarding the Briefing and Hearing Schedule for Plaintiffs' Motion for Summary Judgment on Willful and Innocent Infringement Under 17 U.S.C. § 504(C)(2), and Plaintiffs' Motion for Summary Judgment on Affirmative Defenses of Fair Use and Failure to Mitigate (Dkt. Nos. 561-566) (collectively, the "Motions"), and good cause appearing therefore, it is hereby ORDERED that:

1. Defendants' oppositions to the Motions shall be filed and served on Friday, **September 6, 2013**;
2. Plaintiffs reply briefs shall be filed and served on Monday, **September 16, 2013**; and

///

///

///

3. The Motions are set for hearing before this Court on Monday, **September 30, 2013**, at 1:30pm.

IT IS SO ORDERED this 28th day of August, 2013.

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

- 2 - **ORDER**