Kenneth L. Doroshow
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C.  20001-4412

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.* <br><br> Plaintiff(s) <br><br> v. <br><br> GARY FUNG, *et. al.* <br><br> Defendant(s). | CASE NUMBER <br><br> CV-06-05578 SVW (JCx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Doroshow, Kenneth L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 639-6027        (202) 661-4855
*Telephone Number*     *Fax Number*

KDoroshow@jenner.com
*E-Mail Address*

Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C.  20001-4412
*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Columbia Pictures Industries, Inc., *et. al.*

*Name(s) of Party(ies) Represented*        [ X ] Plaintiff    [ ] Defendant    [ ] Other:_____

**and designating as Local Counsel**

Caslin, Brent L.
*Designee's Name (Last Name, First Name & Middle Initial)*        of

198682                (213) 239-5100
*Designee's Cal. Bar Number*  *Telephone Number*

(213) 239-5199
*Fax Number*

BCaslin@jenner.com
*E-Mail Address*

Jenner & Block LLP
633 W. Fifth Street
Suite 3600
Los Angeles, CA 90071
*Firm Name & Address*

**hereby ORDERS the Application be:**

**[X] GRANTED**.
[ ] DENIED.  Fee shall be returned by the Clerk.
[ ] DENIED.  For failure to pay the required fee.

Dated **September 4, 2013**

**STEPHEN V. WILSON, U.S. District Judge**