# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-05578-SVW-JC | Date | September 09, 2013 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Gary Fung et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven B Fabrizio | Thomas P. Lane |
| | Erin R. Ranahan |

**Proceedings:**     [570]   EX PARTE APPLICATION for Order for REQUIRING PLAINTIFFS TO IDENTIFY WORKS FOR WHICH THEY ARE SEEKING STATUTORY DAMAGES SUFFICIENTLY IN ADVANCE OF TRIAL SO THAT DEFENDANTS CAN PREPARE THEIR CASE AND MODIFYING PRE-TRIAL AND TRIAL DATES filed by DEFENDANTS Gary Fung, Isohunt Web Technologies Inc.

Hearing held. The application is submitted.  Order to issue.

|  | : | 24 |
|---|---|---|
| | Initials of Preparer | PMC |