Michael S. Elkin (admitted *pro hac vice*)
melkin@winston.com
Thomas Patrick Lane (admitted *pro hac vice*)
tlane@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

Ira P. Rothken (SBN: 160029)
ira@techfirm.net
Jared R. Smith (SBN: 130343)
jared@techfirm.net
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:  (415) 924-4250
Facsimile:   (415) 924-2905

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Robb C. Adkins (SBN: 194576)
radkins@winston.com
Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants,
GARY FUNG and ISOHUNT WEB TECHNOLOGIES, INC.

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GARY FUNG, et al.,<br><br>        Defendants. | Case No. CV 06-5578-SVW (JCx)<br><br>**NOTICE OF ERRATA RE RULE 56 DECLARATION OF JENNIFER GOLINVEAUX (DKT. NO. 583.2)**<br><br>Date:   September 30, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 6<br>Hon. Stephen V. Wilson |

**Winston & Strawn LLP**
**333 S. Grand Avenue**
**Los Angeles, CA 90071-1543**

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that on September 6, 2013, Defendants Gary Fung

3   and isoHunt Web Technologies, Inc. ("Defendants") filed a document entitled

4   Defendants' Memorandum of Points and Authorities in Opposition to Plaintiffs'

5   Motion for Summary Judgment on Willful and Innocent Infringement (Dkt. No. 583)

6   (the "Opposition"). In support of this document, Defendants filed a Declaration of

7   Jennifer A. Golinveaux Pursuant to Rule 56(d) in Support of Request for Denial or

8   Continuance of Plaintiffs' Motions for Summary Judgment on Willful and Innocent

9   Infringement, and for Summary Judgment on Affirmative Defenses of Fair Use and

10  Failure to Mitigate ("Rule 56 Declaration") (Dkt. No. 583.2). Exhibits 1 and 2 were

11  inadvertently omitted from the filings of the Rule 56 Declaration in connection with

12  the Opposition. The corrected Rule 56 Declaration, including Exhibits 1 and 2, is

13  attached hereto as Exhibit A. Counsel for Defendants apologizes for any

14  inconvenience.

15

16  Dated: September 10, 2013        WINSTON & STRAWN LLP

17

18  By  /s/ *Erin R. Ranahan*
        Michael S. Elkin
19      Thomas Patrick Lane
        Jennifer A. Golinveaux
20      Erin R. Ranahan
        Thomas J. Kearney

21  ROTHKEN LAW FIRM
        Ira P. Rothken
22      Jared R. Smith

23  *Attorneys for Defendants*
    GARY FUNG and ISOHUNT WEB
24  TECHNOLOGIES, INC.

25

26

27

28

1