JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
  sfabrizio@jenner.com
KENNETH L. DOROSHOW (*pro hac vice*)
  kdoroshow@jenner.com
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001
Telephone: (202) 639-6000
Facsimile: (202) 661-4823

GIANNI P. SERVODIDIO (*pro hac vice*)
  gps@jenner.com
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone: (212) 891-1600
Facsimile: (212) 891-1699

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> GARY FUNG, *et. al.* <br><br> *Defendants*. | Case No. CV-06-05578 SVW (JCx) <br><br> **PLAINTIFFS' APPLICATION FOR FILING UNDER SEAL PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR EVIDENTIARY SANCTIONS FOR VIOLATION OF THE COURT'S JUNE 8, 2007 ORDER** |

Pursuant to the Protective Order entered by this Court on January 11, 2007 (ECF No. 39), attached as Exhibit A hereto, Plaintiffs respectfully submit this Application for Filing Under Seal Plaintiffs' Supplemental Brief in Further Support of their *Ex Parte* Application for Evidentiary Sanctions For Violation of the Court's June 8, 2007 Order (the "Supplemental Brief").

Defendants' website server data, which has been designated "Confidential" or "Highly Confidential" pursuant to the Protective Order, is described in the Supplemental Brief. Pursuant to Paragraph 13 of the Protective Order, Plaintiffs are obligated to submit this Application requesting that the Supplemental Brief be filed under seal. Also, pursuant to Paragraph 13 of the Protective Order, public redacted versions of both the Supplemental Brief will be filed with the Court.

Accordingly, Plaintiffs respectfully request that the Court grant this Application. Nonetheless, if the Court denies this Application, Plaintiffs will submit a revised version of the Supplemental Brief.

Dated: September 19, 2013

                Respectfully submitted,

                JENNER & BLOCK LLP

                By: _____
                      Gianni P. Servodidio

                STEVEN B. FABRIZIO
                GIANNI P. SERVODIDIO
                KENNETH L. DOROSHOW
                  JENNER & BLOCK LLP

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, a copy of Plaintiffs' Application for Filing Under Seal Plaintiffs' Supplemental Brief in Further Support of Plaintiffs' *Ex Parte* Application for Evidentiary Sanctions for Violation of the Court's June 8, 2007 Order was sent electronically to the attorneys listed below.

| | |
|---|---|
| Ira P. Rothken<br>Jared R. Smith<br>Robert L. Kovsky<br>Rothken Law Firm LLP<br>3 Hamilton Landing<br>Suite 224<br>Novato, CA 94949 | Erin R. Ranahan<br>Winston and Strawn LLP<br>333 South Grand Avenue 38th Floor<br>Los Angeles, CA 90071-1543 |
| Jennifer A. Golinveaux<br>Robb Christopher Adkins<br>Thomas James Kearney<br>Winston and Strawn LLP<br>101 California Street Suite 3900<br>San Francisco, CA 94111-5802 | Michael S. Elkin<br>Thomas P. Lane<br>Winston and Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 |

*Attorneys for Defendants*

_____
Aaron Wright