# Rothken Law Firm

3 Hamilton Landing
Suite 280
Novato, California 94949-8248

Phone: (415)924-4250
Fax: (415)924-2905
Web: www.techfirm.com

September 27, 2013

VIA E-FILING

Hon. Stephen V. Wilson
U.S. District Court, Central District of California
312 N. Spring Street
Los Angeles, CA 90012
Tel: 213-894-2881

Re: Columbia Pictures, et al. v. Fung
Case No. 06-05578 SVW (JCx)
**Request to Appear Telephonically**
**Hearing: Monday, September 30, 2013 1:30 p.m.**

Dear Judge Wilson:

    Defendants respectfully request permission for additional counsel to appear telephonically at the hearing set for Monday, September 30, 2013 at 1:30 p.m. regarding Plaintiff's *Motions for Summary Judgment re Affirmative Defenses*. Defendants will be represented in court by counsel, including Thomas Lane and Erin Ranahan of Winston & Strawn LLP, but Defendants would like additional counsel, including Ira P. Rothken (in San Francisco) and Jared R. Smith (in New Hampshire), both of the Rothken Law Firm, to be able to attend via telephone. Your Clerk, Mr. Cruz, advised that we provide the telephone numbers for the court to call counsel, which are as follows:

        Ira P. Rothken – 415-924-4250 x802

        Jared R. Smith – 603-552-5073

    Please let us know if you require further information regarding this request. Your Clerk may reach me directly at 415-924-4250 x802.

        Respectfully,
        ROTHKEN LAW FIRM LLP

        Jared R. Smith

Enc. – Proposed Order