Gianni P. Servodidio (pro hac vice)
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY 10022
Tel: (212) 891-1600 Fax: (212) 891-1699

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Columbia Pictures Industries, Inc. et al.,<br><br>PLAINTIFF(S)<br>v.<br><br>Gary Fung, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 06-5578 SVW (JCx)<br><br>**NOTICE OF MANUAL FILING** |
|---|---|

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

(i) Plaintiffs' Application for Filing Under Seal and Proposed Order; (ii) Plaintiffs' Memorandum in Support of Motion for Summary Judgment on Ownership, Causation, and Direct Infringement; (iii) Declaration of Bruce Ward in Support of Motion for Summary Judgment on Ownership, Causation, and Direct Infringement.

**Document Description:**

☐   Administrative Record

☐   Exhibits

☐   Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑   Other

**Reason:**

☑   Under Seal

☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐   Electronic versions are not available to filer

☐   Per Court order dated _____

☐   Manual Filing required ( *reason* ):

September 30, 2013
_____
Date

Gianni P. Servodidio
_____
Attorney Name

Columbia Pictures Industries, Inc. et al.
_____
Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*