1  JENNER & BLOCK LLP
   STEVEN B. FABRIZIO (*pro hac vice*)
2     sfabrizio@jenner.com
3  KENNETH L. DOROSHOW (*pro hac vice*)
      kdoroshow@jenner.com
4  1099 New York Avenue, N.W.
5  Suite 900
   Washington, D.C.  20001
6  Telephone:  (202) 639-6000
7  Facsimile:  (202) 661-4823

8
   GIANNI P. SERVODIDIO (*pro hac vice*)
9     gps@jenner.com
10 919 Third Avenue, 37th Floor
   New York, NY 10022
11 Telephone:  (212) 891-1600
   Facsimile:  (212) 891-1699
12

13 *Attorneys for Plaintiffs*

14
                  UNITED STATES DISTRICT COURT
15
                CENTRAL DISTRICT OF CALIFORNIA
16

17 COLUMBIA PICTURES
   INDUSTRIES, INC., *et. al.*           Case No.  **CV-06-05578 SVW (JCx)**
18
19          Plaintiffs,                   **PLAINTIFFS' NOTICE OF**
         v.                               **MOTION FOR SUMMARY**
20                                        **JUDGMENT ON COPYRIGHT**
   GARY FUNG, *et. al.*                   **OWNERSHIP, CAUSATION, AND**
21                                        **DIRECT INFRINGEMENT**
22          Defendants.
                                          Date: October 28, 2013
23                                        Time: 1:30 PM
24                                        Ctrm: 6
25                                        Judge: The Hon. Stephen V. Wilson
26
27
28

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that on October 28, 2013, at 1:30 PM, in

3  Courtroom 6 of the above-entitled Court, located at 312 N. Spring Street, Los

4  Angeles, California 90012, the above-named plaintiffs will and hereby do move the

5  Court for an order entering summary judgment on copyright ownership, causation,

6  and direct infringement.

7  This Motion is based on the attached Plaintiffs' Memorandum In Support of

8  Motion For Summary Judgment, Plaintiffs' Statement of Uncontroverted Facts and

9  Conclusions of Law in Support of Motion for Summary Judgment, and the

10  declarations of Francis Aul, Bruce Ward, Rani Cherkoori, Steve Kang, David

11  Kaplan, Alfred Perry, Marsha Reed, and Ronald Wheeler.  This motion is made

12  following a conference of counsel pursuant to Local Rule 7-3.

13

14  Dated:  September 30, 2013          Respectfully submitted,

15                                      JENNER & BLOCK LLP

16                                      By: /s/ Steven B. Fabrizio
17                                          Steven B. Fabrizio

18                                      STEVEN B. FABRIZIO
19                                      GIANNI P. SERVODIDIO
                                        KENNETH L. DOROSHOW
20                                        JENNER & BLOCK LLP

21                                      KAREN R. THORLAND
22                                      FARNAZ M. ALEMI
                                          MOTION PICTURE ASSOCIATION OF
23                                        AMERICA
24                                      15301 Ventura Boulevard
25                                      Building E
                                        Sherman Oaks, CA 91403
26
27                                      *Attorneys for Plaintiffs*

28

NOTICE OF PLFS' MOT. FOR SUMM. J. ON
COPYRIGHT OWNERSHIP, CAUSATION,
AND DIRECT INFRINGEMENT

1