JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
  sfabrizio@jenner.com
KENNETH L. DOROSHOW (*pro hac vice*)
  kdoroshow@jenner.com
1099 New York Avenue, N.W.
Suite 900
Washington, D.C.  20001
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4823

GIANNI P. SERVODIDIO (*pro hac vice*)
  gps@jenner.com
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.* <br><br> Plaintiffs, <br> v. <br> GARY FUNG, *et. al.* <br><br> Defendants. | Case No.  **CV-06-05578 SVW (JCx)** <br><br> **PLAINTIFFS' NOTICE OF MOTION *IN LIMINE*** <br><br> Date: October 28, 2013 <br> Time: 1:30 PM <br> Ctrm: 6 <br><br> Judge: The Hon. Stephen V. Wilson |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on October 28, 2013, at 1:30 PM, in Courtroom 6 of the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, the above-named plaintiffs will and hereby do move the Court for an order granting Plaintiffs' Motion *in limine*.

This Motion is based on the attached Plaintiffs' Memorandum In Support of Motion *In Limine*, and the Declaration of Gianni P. Servodidio and attached exhibits.  This motion is made following a conference of counsel pursuant to Local Rule 7-3.

Dated:  September 30, 2013         Respectfully submitted,

                                                  JENNER & BLOCK LLP

                                                  By: /s/ Steven B. Fabrizio
                                                         Steven B. Fabrizio

STEVEN B. FABRIZIO
GIANNI P. SERVODIDIO
KENNETH L. DOROSHOW
  JENNER & BLOCK LLP

KAREN R. THORLAND
FARNAZ M. ALEMI
  MOTION PICTURE ASSOCIATION OF
  AMERICA
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*