JENNER & BLOCK LLP
STEVEN B. FABRIZIO (*pro hac vice*)
  sfabrizio@jenner.com
KENNETH L. DOROSHOW (*pro hac vice*)
  kdoroshow@jenner.com
1099 New York Avenue, N.W.
Suite 900
Washington, D.C.  20001
Telephone:  (202) 639-6000
Facsimile:  (202) 661-4823

GIANNI P. SERVODIDIO (*pro hac vice*)
  gps@jenner.com
919 Third Avenue, 37th Floor
New York, NY 10022
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.*<br><br>        *Plaintiffs*,<br><br>   v.<br><br>GARY FUNG, *et. al.*<br><br>        *Defendants*. | DISCOVERY MATTER<br><br>The Honorable Jacqueline Chooljian<br><br>Case No. CV-06-05578 SVW (JCx)<br><br>**DECLARATION OF GIANNI P. SERVODIDIO IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR PROTECTIVE ORDER RE RULE 30(b)(6) DEPOSITIONS – FEES REQUESTED**<br><br>Trial Date:  November 5, 2013 |

# DECLARATION OF GIANNI P. SERVODIDIO

I, Gianni P. Servodidio, declare as follows:

1.      I am an attorney with the law firm of Jenner & Block LLP, and I represent the plaintiff motion picture studios in this action.  I submit this declaration in support of Plaintiffs' *Ex Parte* Application for Protective Order Re Rule 30(b)(6) Depositions – Fees Requested.  The statements made in this declaration are based on my personal knowledge.  True and correct copies of all of the documents referred to in this declaration are appended hereto as indicated.  If called to testify as a witness, I would testify as follows:

2.      Attached as Exhibit A to my declaration is Defendants' Notice of Deposition of Plaintiffs Pursuant To Fed. R. Civ. P. 30(b)(6), dated September 20, 2013.

3.      Attached as Exhibit B to my declaration is Plaintiffs' Notice of *Ex Parte* Application and *Ex Parte* Application for Protective Order re Rule 30(b)(6) Depositions – Fees Requested, ECF # 207, dated August 1, 2007.

4.      Attached as Exhibit C to my Declaration is the Court's Order re Plaintiffs' and MPAA's *Ex Parte* Application for Protective Order Re Rule 30(b)(6) Depositions – Fees Requested, dated August 5, 2007.

5.      Attached as Exhibit D to my Declaration is Plaintiffs' *Ex Parte* Application for a Protective Order Regarding Defendants' Notice of Taking Oral Deposition of Plaintiffs and for Attorneys' Fees and Costs in *Columbia Pictures Industries, Inc. v. Bunnell* ("*Bunnell*"), No. CV-06-1093 FMC (JCx), dated July 23, 2007.

6.      Attached as Exhibit E to my Declaration is the Court's Order Granting in Part and Denying in Part Plaintiffs' *Ex Parte* Application for Protective Order in *Bunnell*, dated July 27, 2007.

7.      Attached as Exhibit F is Defendants' Notice of Depositions of Plaintiffs, dated July 28, 2007.

8.      Attached as Exhibit G is an excerpt of Defendants' Statement of Genuine Issues in Opposition to Plaintiffs' Motion for Summary Judgment on Liability, dated October 3, 2007.

9.      Attached as Exhibit H are Plaintiffs' Responses and Objections to Defendants' Notice of Deposition of Plaintiffs Pursuant To Federal Rule of Civil Procedure 30(b)(6), dated October 1, 2013.

10.      Counsel for Defendants have received notice of this *Ex Parte* Application pursuant to Local Rule 7-19.1.  The parties met and conferred on September 25 and 26 concerning Defendants' latest notice and they have not agreed to Defendants' topics.   On October 1, 2013 I emailed Defendants' counsel and informed them that Plaintiffs would file this application.  *See* Exhibit I.  I also stated that Plaintiffs consented to Defendants filing their opposition by noon PST on Thursday, October 3, 2013, with Plaintiffs' reply due Friday, October 4, 2013.  *Id.* Defendants stated that they intended to oppose this application.  *Id.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2013

/s/ Gianni P. Servodidio
Gianni P. Servodidio

**DECLARATION OF GIANNI P. SERVODIDIO IN SUPPORT OF PLFS' *EX PARTE* APPLICATION**

1
2            **DECLARATION OF GIANNI P. SERVODIDIO**
3        I, Gianni P. Servodidio, declare as follows:
4        11.    I am an attorney with the law firm of Jenner & Block LLP, and I
5    represent the plaintiff motion picture studios in this action.  I submit this declaration
6    in support of Plaintiffs' *Ex Parte* Application for Protective Order Re Rule 30(b)(6)
7    Depositions – Fees Requested.  The statements made in this declaration are based on
8    my personal knowledge.  True and correct copies of all of the documents referred to
9    in this declaration are appended hereto as indicated.  If called to testify as a witness,
10   I would testify as follows:
11       12.    Attached as Exhibit A to my declaration is Defendants' Notice of
12   Deposition of Plaintiffs Pursuant To Fed. R. Civ. P. 30(b)(6), dated September 20,
13   2013.
14       13.    Attached as Exhibit B to my declaration is Plaintiffs' Notice of *Ex*
15   *Parte* Application and *Ex Parte* Application for Protective Order re Rule 30(b)(6)
16   Depositions – Fees Requested, ECF # 207, dated August 1, 2007.
17       14.    Attached as Exhibit C to my Declaration is the Court's Order re
18   Plaintiffs' and MPAA's *Ex Parte* Application for Protective Order Re Rule 30(b)(6)
19   Depositions – Fees Requested, dated August 5, 2007.
20       15.    Attached as Exhibit D to my Declaration is Plaintiffs' *Ex Parte*
21   Application for a Protective Order Regarding Defendants' Notice of Taking Oral
22   Deposition of Plaintiffs and for Attorneys' Fees and Costs in *Columbia Pictures*
23   *Industries, Inc. v. Bunnell* ("*Bunnell*"), No. CV-06-1093 FMC (JCx), dated July 23,
24   2007.
25       16.    Attached as Exhibit E to my Declaration is the Court's Order Granting
26   in Part and Denying in Part Plaintiffs' *Ex Parte* Application for Protective Order in
27   *Bunnell*, dated July 27, 2007.
28

**DECLARATION OF GIANNI P.
SERVODIDIO IN SUPPORT OF PLFS'
*EX PARTE* APPLICATION**

1    17.    Attached as Exhibit F is Defendants' Notice of Depositions of
2   Plaintiffs, dated July 28, 2007.

3    18.    Attached as Exhibit G is an excerpt of Defendants' Statement of
4   Genuine Issues in Opposition to Plaintiffs' Motion for Summary Judgment on
5   Liability, dated October 3, 2007.

6    19.    Attached as Exhibit H are Plaintiffs' Responses and Objections to
7   Defendants' Notice of Deposition of Plaintiffs Pursuant To Federal Rule of Civil
8   Procedure 30(b)(6), dated October 1, 2013.

9    20.    Counsel for Defendants have received notice of this *Ex Parte*
10  Application pursuant to Local Rule 7-19.1.  The parties met and conferred on
11  September 25 and 26 concerning Defendants' latest notice and they have not agreed
12  to Defendants' topics.   On October 1, 2013 I emailed Defendants' counsel and
13  informed them that Plaintiffs would file this application. *See* Exhibit I.  I also stated
14  that Plaintiffs consented to Defendants filing their opposition by noon PST on
15  Thursday, October 3, 2013, with Plaintiffs' reply due Friday, October 4, 2013. *Id.*
16  Defendants stated that they intended to oppose this application. *Id.*

17

18       I declare under penalty of perjury under the laws of the United States of
19       America that the foregoing is true and correct.

20

21  Executed on October 1, 2013

22                              /s/ Gianni P. Servodidio
23                              Gianni P. Servodidio

24

25

26

27

28

DECLARATION OF GIANNI P.
SERVODIDIO IN SUPPORT OF PLFS'
*EX PARTE* APPLICATION