UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>GARY FUNG, *et. al.*<br><br>*Defendants*. | No. CV-06-05578 SVW (JCx)<br><br>**ORDER REGARDING DISCOVERY-RELATED MOTIONS AND *EX PARTE* APPLICATIONS BEFORE THE MAGISTRATE JUDGE** |

Upon consideration of the parties' Stipulation Regarding Motions and *Ex Parte* Applications, dated September 23, 2013 ("Stipulation"), and for good cause shown, the Court approves the Stipulation with the following modifications/clarifications: (1) the Stipulation and this Order govern only discovery-related motions and ex parte applications before the Magistrate Judge only; (2) in light of the foregoing, the last sentence of paragraph 4 of the Stipulation – which relates to matters before the District Judge – is deleted; and (3) absent further order of the Court: (a) an opposition to an "urgent" ex parte application (referenced in paragraph 4 of the Stipulation) is due on the first business day after the ex parte

- 1 -

ORDER RE STIPULATION

application is filed and no earlier than 24 hours after the ex parte application is filed (e.g., if an urgent ex parte application is filed at 11:59 p.m. on Monday, the opposition is due at 11:59 p.m. on Tuesday, absent further order of the Court); (b) any reply to an opposition to an "urgent" ex parte application is due on the first business day after the opposition is filed and no earlier than 24 hours after the opposition is filed; and (c) if a party does not intend to file an opposition or reply (such that it is unnecessary for the Court to await receipt thereof in order to resolve the matter), the party may file a notice of intent not to file such a pleading before the filing deadline expires (which may expedite matters).

IT IS SO ORDERED.

DATE: October 2, 2013

_____/s/_____
Hon. Jacqueline Chooljian
United States Magistrate Judge

ORDER RE STIPULATION