UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5578-SVW (JCx) | Date | October 2, 2013 |
|---|---|---|---|
| Title | Columbia Pictures Industries, Inc., et al. v. Gary Fung, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings:**           (In chambers)

**ORDER RE SCHEDULING RELATED TO PENDING DISCOVERY-RELATED EX PARTE APPLICATIONS (DOCKET NOS. 615, 636)**

Currently pending before the Court are two ex parte applications which were filed before the Court this date issued the Order Regarding Discovery-Related Motions and Ex Parte Applications Before the Magistrate Judge ("Scheduling Order Re Future Ex Parte Applications"):  (1) Defendants' Ex Parte Application to Compel Plaintiffs' Responses to Discovery ("Defendants' Ex Parte Application"); and (2) Plaintiffs' Ex Parte Application for Protective Order Re Rule 30(b)(6) Depositions – Fees Requested ("Plaintiffs' Ex Parte Application") (collectively Ex Parte Applications"). **Because the Ex Parte Applications were filed before the issuance of the Scheduling Order Re Future Ex Parte Applications, and given their substance and that of documents filed in support of and/or in opposition thereto, the Ex Parte Applications are not governed by the Scheduling Order Re Future Ex Parte Applications and instead are governed by this order ("Scheduling Order Re Current Ex Parte Applications").**

       IT IS HEREBY ORDERED:

       1.       By **Thursday, October 3, 2013 at 5:00 p.m.**, defendants shall file any Opposition to Plaintiffs' Ex Parte Application.

       2.       By **Friday, October 4, 2013 at 4:00 p.m.**, both sides must confer regarding the scheduling on either Monday, October 7, 2013 or Tuesday October 8, 2013 of a potential telephonic hearing on the Ex Parte Applications and must notify the Clerk as to their availability for any such telephonic hearing.[1]

---

[1]Counsel will be notified electronically regarding the setting of any such hearing and thus should ensure that they monitor their electronic devices during the relevant time frame.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-5578-SVW (JCx) | Date | October 2, 2013 |
|---|---|---|---|
| Title | Columbia Pictures Industries, Inc., et al. v. Gary Fung, et al. | | |

    3.    By **Friday, October 4, 2013 at 5:00 p.m.**:

    a)    Defendants shall file any Reply to Plaintiffs' Supplemental Response in Opposition to Defendants' Ex Parte Application to Compel Plaintiffs' Response to Discovery;[2] and

    b)    Plaintiffs shall file any Reply to Defendants' Opposition to Plaintiffs' Ex Parte Application.

    IT IS SO ORDERED.

Initials of Clerk: hr

---

[2] Such Reply must clearly and succinctly specify the matters/discovery requests referenced in Defendants' Ex Parte Application which remain outstanding/in issue.