Michael S. Elkin (admitted *pro hac vice*)
melkin@winston.com
Thomas Patrick Lane (admitted *pro hac vice*)
tlane@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York  10166
Telephone:  (212) 294-6700
Facsimile:   (212) 294-4700

Ira P. Rothken (SBN: 160029)
ira@techfirm.net
Jared R. Smith (SBN: 130343)
jared@techfirm.net
**ROTHKEN LAW FIRM**
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:  (415) 924-4250
Facsimile:   (415) 924-2905

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
**WINSTON & STRAWN LLP**
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5802
Telephone:  (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendants,
GARY FUNG and ISOHUNT WEB TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GARY FUNG, et al.,<br><br>Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**DEFENDANTS GARY FUNG AND ISOHUNT WEB TECHNOLOGIES, INC.'S PRETRIAL DISCLOSURE OF WITNESSES**<br><br>Pretrial Conference: October 28, 2013<br>Trial Date: November 5, 2013 |

1  Pursuant to Local Rule 16-2.4, Defendants Gary Fung and isoHunt Web
2  Technologies, Inc., ("Defendants") through their attorneys, submit this list of trial
3  witnesses.  Defendants reserve the right to supplement, modify or amend this witness
4  list as necessary, depending upon the witness or exhibit designations of Plaintiffs, the
5  outcome of the parties' conferences on pretrial matters, in response to Plaintiffs' case,
6  and any applicable rulings of the Court, or other developments.  Defendants also
7  reserve the right to designate deposition testimony should any of the listed witnesses
8  become unavailable.

   **Gary Fung**

   **Robin Johnson**

   **Allen Parker**

   **Steven Gribble** (expert witness)

   **Christian Tregillis** (expert witness):  Mr. Tregillis will analyze financial, economic and accounting issues related to claims by Plaintiffs against Defendants for copyright infringement.  The scope of his testimony will depend upon which documents by Plaintiffs are ultimately produced, including regarding revenue, profits and licensing regarding the alleged works-in-suit, which will require Magistrate Judge Chooljian to resolve the pending disputes relating to financial and valuation discovery relating to the calculation.  Once additional discovery becomes available, Mr. Tregillis expects to be able to offer an informed analysis of statutory damages and factors relevant to such a determination, as well as actual damages and the calculation of Defendants' profits, and will thereafter provide his report.

   **Koleman Strumpf** (expert witness):  Mr. Strumpf has conducted economic studies on the impact of file-sharing and unauthorized downloads on content sales, the balance of positive and negative effects, and has conducted extensive research on BitTorrent technology.   Mr. Strumpf intends to offer testimony on these topics, including with respect to movies released in the theatre as well as television episodes. Plaintiffs just identified their current list of claimed works last week, which directly

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA  90071-1543

impacts Mr. Strumpf's analysis. The scope of his testimony will also depend upon which documents by Plaintiffs are ultimately produced, including regarding sales of the alleged works-in-suit, which will require Magistrate Judge Chooljian to resolve the pending disputes relating to financial and valuation discovery relating to the calculation.   Mr. Strumpf intends to incorporate additional relevant discovery once produced, and will thereafter provide his report.

   *****Plaintiffs' witnesses** (by designation)

Dated:  October 7, 2013            WINSTON & STRAWN LLP


                                   By: */s/ Erin R. Ranahan*
                                       Michael S. Elkin
                                       Thomas Patrick Lane
                                       Robb C. Adkins
                                       Jennifer A. Golinveaux
                                       Thomas J. Kearney
                                       Erin R. Ranahan

                                   ROTHKEN LAW FIRM
                                       Ira P. Rothken
                                       Jared R. Smith

                                   *Attorneys for Defendants*
                                   GARY FUNG and ISOHUNT WEB TECHNOLOGIES, INC.

DEFENDANTS' PRELIMINARY PRETRIAL DISCLOSURE OF WITNESSES