Michael S. Elkin (admitted *pro hac vice*)
melkin@winston.com
Thomas Patrick Lane (admitted *pro hac vice*)
tlane@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

Ira P. Rothken (SBN: 160029)
ira@techfirm.net
Jared R. Smith (SBN: 130343)
jared@techfirm.net
ROTHKEN LAW FIRM
3 Hamilton Landing, Suite 280
Novato, CA 94949
Telephone:   (415) 924-4250
Facsimile:   (415) 924-2905

Jennifer A. Golinveaux (SBN: 203056)
jgolinveaux@winston.com
Thomas J. Kearney (SBN: 267087)
tkearney@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Erin R. Ranahan (SBN: 235286)
eranahan@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue, Suite 3800
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Attorneys for Defendants,
GARY FUNG and ISOHUNT WEB TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| COLUMBIA PICTURES INDUSTRIES, INC., et al.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>GARY FUNG, et al.,<br><br>                  Defendants. | **Case No. CV 06-5578-SVW (JCx)**<br><br>**DECLARATION OF ANDREW S. JICK IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON OWNERSHIP, CAUSATION, AND DIRECT INFRINGEMENT** |
|---|---|

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# DECLARATION OF ANDREW S. JICK

I, Andrew S. Jick, declare as follows:

1. I am an attorney at the law firm of Winston & Strawn LLP. I make this declaration in support of Defendants Gary Fung and IsoHunt Web Technologies, Inc.'s ("Defendants") Opposition to Plaintiffs' Motion for Summary Judgment on Ownership, Causation, and Direct Infringement. I have personal knowledge of the facts set forth herein and am fully competent to testify thereto.

2. Nikkole Gadsden, a paralegal at Winston & Strawn, created a spreadsheet containing her analysis, and those of other paralegals she supervised, based on their review of Plaintiffs' document productions. I instructed Ms. Gadsden to provide me with all "chain of title" documents that she determined were even remotely complex or ambiguous with respect to transfer of title or exclusive rights. Another Winston & Strawn attorney and I reviewed those documents and provided our analysis to Ms. Gadsden for inclusion in Defendants' spreadsheet.

3. Based on my review of the spreadsheet and the relevant underlying documents, Plaintiffs have failed to prove ownership as to at least 507 works. *See* Declaration of Nikkole J. Gadsden ("Gadsden Decl."), Ex. 1.

4. Based on my review of the spreadsheet and the relevant underlying documents, at least 495 works Plaintiffs claim to own are registered in the name of other entities, and Plaintiffs have failed to provide any chain of title documents showing transfer to a named Plaintiff. *See* Gadsden Decl., Ex. 2.

5. Based on my review of the spreadsheet and the relevant underlying documents, there are at least 12 additional works registered to other entities and for which Plaintiffs have attempted to establish a "chain of title" to a named Plaintiff, but those efforts have failed. *See* Gadsden Decl., Ex. 3.

6. The distribution agreement dated February 24, 2004 between Patalex III Productions Limited and Bwayne Distributing LLC (P009076-83) is heavily redacted, including the provisions specifying exactly what rights were transferred.

1

DECLARATION OF ANDREW S. JICK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON OWNERSHIP, CAUSATION, AND DIRECT INFRINGEMENT

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

7.      Based on my review of the spreadsheet and the relevant underlying documents, Plaintiffs have failed to produce any documents that show the ownership of season 4, episode 19 of "Boy Meets World," or season 2, episode 4 of "Sons of Anarchy."

8.      Exhibit 1 to the Declaration of Francis J. Aul filed in support of Plaintiffs' Motion for Summary Judgment on Copyright Ownership, Causation, and Direct Infringement (Dkt. 624) does not include "Untitled Mining Project (aka Class Action)," "Outsiders," or "Paradise Now."

9.      Based on my review of the spreadsheet and the relevant underlying documents, Plaintiffs have not produced the ████████████████████████████ referenced in ████████████████████████████████████, or the ███████████ ████████████████ referenced in ███████████████████████████████ ██.

10.     Attached hereto as Exhibit 1 is a true and correct copy of all documents produced by Plaintiffs in this action that are cited in Defendants' Opposition and are <u>not</u> marked by Plaintiffs as "confidential" or "highly confidential."

11.     Attached hereto as Exhibit 2 is a true and correct copy of all documents produced by Plaintiffs in this action that are cited in Defendants' Opposition and are marked by Plaintiffs as "confidential" or "highly confidential."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  October 7, 2013          /s/ Andrew S. Jick
                                     Andrew S. Jick

LA:341853.2

# EXHIBIT 1

# to Declaration of Andrew Jick

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

PA 915-441

PAU

EFFECTIVE DATE OF REGISTRATION

12   31   98
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

I STILL KNOW WHAT YOU DID LAST SUMMER

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Motion Picture

## 2

**a**

**NAME OF AUTHOR ▼**

Global Entertainment Productions GmbH & Co. Medien KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[x] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Germany

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [x] No
Pseudonymous? [ ] Yes [x] No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire Work (see Space 6)

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ November   Day ▶ 13   Year ▶ 1998
United States ◀ Nation

## 4

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Global Entertainment Productions GmbH & Co. Medien KG
Dianastrausse 44
14482 Potsdam, GERMANY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
DEC 31 1998
ONE DEPOSIT RECEIVED
DEC 31 1998
TWO DEPOSITS RECEIVED
76) 35mm - L

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
Page 1 of 2 pages

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-8) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**                **Year of Registration ▼**
Screenplay - Pending                                    1998

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
1997 motion picture entitled I KNOW WHAT YOU DID LAST SUMMER (PA 864-839); original
music written for the picture which has been registered as unpublished; previously
published musical compositions and sound recordings.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Entire motion picture except as described in Space 6A.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                          **Account Number ▼**
Sony Pictures Entertainment Inc.                    #DA 072443

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  **Name/Address/Apt/City/State/ZIP ▼**

See Space 9

**7**

Be sure to
give your
daytime phone
number.

Area Code & Telephone Number ▶    (310) 246-7553

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Global Entertainment Productions GmbH & Co. Medien KG
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
Sony Pictures Entertainment Inc. by Gayle McDonald                date ▶ Dec. 17, 1998

Handwritten signature (X) ▼  _Gayle McDonald_

MAIL
CERTIFI-
CATE TO

**Name ▼**
Gayle McDonald
Sony Pictures Entertainment Inc.
**Number/Street/Apartment Number ▼**
10202 W. Washington Blvd.
**City/State/ZIP ▼**
Culver City, CA  90232-3195

Certificate
will be
mailed in
window
envelope

**9**

\*17 U.S.C. §506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.




# CERTIFICATE OF REGISTRATION

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 962 – 789**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

**JAN 21 2000**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**

STUART LITTLE

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼**   See instructions

Motion Picture

---

**2**

**NAME OF AUTHOR ▼**

Global Entertainment Productions GmbH & Co. Medien KG

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶    GERMANY

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Entire work (See Space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given In all cases

1999 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.

Month ▶ December   Day ▶ 17   Year ▶ 1999
United States   ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given space 2. ▼

Global Entertainment Productions GmbH & Co. Medien KG
Dianastrausse 44
14482 Potsdam, GERMANY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JAN 21 2000
ONE DEPOSIT RECEIVED
(5) 35mm/L
TWO DEPOSITS RECEIVED
JAN 21 2000
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY 744

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box)
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
  Based on the book entitled "STUART LITTLE" by E.B. White; original music written for the picture which has been
  registered as unpublished; previously published musical compositions and sound recordings of compositions.

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
  Entire motion picture except as described in Space 6A.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**                                                      **Account Number ▼**
  Sony Pictures Entertainment Inc.                              #DA 072443

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
  See space 9

Be sure to
give your
daytime phone
number.

                    Area Code & Telephone Number ▶   (310) 244-7553

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of      **Global Entertainment Productions GmbH & Co**
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.
  Sony Pictures Entertainment Inc. by Gayle McDonald                date ▶   January 13, 2000

          Handwritten signature (X) ▼   _Gayle McDonald_

MAIL
CERTIFI-
CATE TO

**Name ▼**
  Gayle McDonald
  Sony Pictures Entertainment Inc.

Certificate
will be
mailed in
window
envelope

**Number/Street/Apartment Number ▼**
  10202 W. Washington Blvd.

**City/State/ZIP ▼**
  Culver City, CA  90232-3195

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the
authority to adjust fees at
5-year intervals, based on
changes in the Consumer
Price Index. The next
adjustment is due in 1996.
Please contact the Copyright
Office after July 1995 to
determine the actual fee
schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
This form was electronically produced by Elite Federal Forms, Inc.

CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 670-961**

PA · PAU

EFFECTIVE DATE OF REGISTRATION

July 15, 1997
Month · Day · Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

HERCULES

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE

**2** NAME OF AUTHOR ▼

a WALT DISNEY PICTURES AND TELEVISION

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law,

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
ENTIRE MOTION PICTURE

b NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1997 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 27 Year ▶ 1997
USA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

DISNEY ENTERPRISES, INC.
500 S. Buena Vista Street
Burbank, CA 91521

APPLICATION RECEIVED
JUL. 15 1997
ONE DEPOSIT RECEIVED
JUL 15 1997 (5) 35mm IV
TWO DEPOSITS RECEIVED

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼
Agreement

REMITTANCE NUMBER AND DATE

TABULATED

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of pages

P00002245

EXAMINED BY   DBC11g                          **FORM PA**

CHECKED BY

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Incorporates previously registered music and lyrics.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

All other cinematographic material

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

The Walt Disney Company                       DA014273

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Nedra Pedersen
The Walt Disney Company
500 S. Buena Vista Street
Burbank, CA  91521-6831

Area Code & Telephone Number ▶   (818) 567-5408

**7**

Be sure to give your daytime phone ◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   DISNEY ENTERPRISES, INC.
                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Peter Nolan                                        date ▶  July 2, 1997

✍ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼   The Walt Disney Company
          c/o Nedra Pedersen - 2806 Tower

Number/Street/Apartment Number ▼
          500 S. Buena Vista St.

City/State/ZIP ▼
          Burbank, CA  91521-6831

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Non-refundable $10 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1996: 241-429.80.026

**P00002246**

CERTIFICATE OF REGISTRATION



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PA 721-930**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

EFFECTIVE DATE OF REGISTRATION

| 10 | 7 | 94 |
|----|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

QUIZ SHOW

PREVIOUS OR ALTERNATIVE TITLES ▼

Twenty-One

NATURE OF THIS WORK ▼ See instructions

MOTION PICTURE

---

**2**

**a** NAME OF AUTHOR ▼

THE QUIZ SHOW COMPANY

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

ENTIRE MOTION PICTURE

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

whom the work was prepared) as 'Author' of that part, and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP    Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
1994 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ September Day ▶ 14 Year ▶ 1994
ONLY if this work has been published.
USA ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

HOLLYWOOD PICTURES CO., an alternate designation of THE WALT DISNEY COMPANY, 350 S. Buena Vista St., Burbank, CA 91521

See instructions before completing this space

APPLICATION RECEIVED
OCT. 07 1994
ONE DEPOSIT RECEIVED
OCT. 07 1994
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TABULATED

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

ASSIGNMENT

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions
• Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
  Yes

FORM PA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐X Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
☐X This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ unknown    Year of Registration ▼  unknown

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a.** Preexisting Material   Identify any preexisting work or works that this work is based on or incorporates. ▼

~~based on previously registered book, and incorporates previously~~
~~registered motion picture footage and music.~~

**b.** Material Added to This Work   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

~~all other cinematographic material.~~

See instructions
before completing
this space

**6**

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

~~The Walt Disney Company~~          ~~DA014273~~

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

~~Carolyn Studer~~
~~The Walt Disney Company~~
~~500 S. Buena Vista Street~~
~~Burbank, CA  91521-6836~~
Area Code & Telephone Number ▶       (818) 567-5408

Be sure to
give your
daytime phone
◀ number

**7**

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
X☐ owner of exclusive rights  **THE WALT DISNEY COMPANY**
☐ authorized agent of ___
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Peter Nolan                                              date ▶ September 23, 1994

         Handwritten signature (X) ▼

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼ The Walt Disney Company
c/o Carolyn Studer - 2806 Tower

Number Street Apartment Number ▼
500 S. Buena Vista St.

City State ZIP ▼
Burbank, CA  91521-6836

**Certificate
will be
mailed in
window
envelope**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

Copyright fees are ad-
justed at 5-year inter-
vals, based on in-
creases or decreases in
the Consumer Price In-
dex. The next adjust-
ment is due in 1995.
Contact the Copyright
Office in January 1995
for the new fee sched-
ule.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500.

▲ June 1992—100,000

☆ U.S. GOVERNMENT PRINTING OFFICE: 1992-312-432/50,003

P00002344

**CERTIFICATE OF REGISTRATION**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM PA**
**For a Work of the Performing Arts**
UNITED STATES COPYRIGHT OFFICE



PA 1-095-844

EFFECTIVE DATE OF REGISTRATION

| 9 | 23 | 02 |
|---|----|----|
| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
TITLE OF THIS WORK ▼
BEND IT LIKE BECKHAM

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

FEATURE MOTION PICTURE - ( )

**2**
**a**
NAME OF AUTHOR ▼
BILB Productions, Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ UNITED KINGDOM

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
NAME OF AUTHOR ▼
RoadMovies Filmproduktion GmbH

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶ GERMANY

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Work

**c**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
**a**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2002 ◀ Year
This information must be given in all cases.

**b**
DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ 04   Day ▶ 12   Year ▶ 2002
UNITED KINGDOM ◀ Nation

**4**
See instructions before completing this space
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
BILB Productions, Ltd.
99 Kenton House, Kenton
Harrow, Middlesex HA3 0AN, UK

APPLICATION RECEIVED
SEP 2 3 2002
ONE DEPOSIT RECEIVED
SEP 2 3 2002 (6) 35mm-L
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __4__ pages

P00004489

EXAMINED BY

CHECKED BY

FORM PA

| CORRESPONDENCE |
| Yes |

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)  ▼  If your answer is "no," go to space 7.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give:  Previous Registration Number ▼
See below

Year of Registration ▼
2001

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates.  ▼

Feature screenplay entitled BEND IT LIKE BECKHAM (PAu 2-598-382); music.

**a**

**6**

See instructions
before completing
this space.

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.  ▼

All other cinematographic material.

**b**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼
Twentieth Century Fox Film Corporation

Account Number ▼
DA011185

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Mary McGuire 2121/522
Fox Group Legal  -  P.O. Box 900
Beverly Hills, CA 90213

Area code and daytime telephone number  ▶ (310) 369-5159
Email ▶ CR@Fox.com

Fax number ▶ (310) 369-2382

**b**

**CERTIFICATION\***  I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    BILB Productions, Ltd.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date  ▼  If this application gives a date of publication in space 3, do not sign and submit it before that date.

Jane Sunderland

date ▶ 20 Sep 2002

☞  Handwritten signature (X) ▼
x _Jane Sunderland_

| Certificate will be mailed in window envelope to this address: | Name ▼  Fox Group Legal |
| | Attn: Mary McGuire (Bldg. 2121, Room 522) |
| | Number/Street/Apt ▼ |
| | P.O. Box 900 |
| | City/State/ZIP ▼ |
| | Beverly Hills, CA 90213 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee
   in check or money order
   payable to  *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connecti with the application, shall be fined not more than $2,500.

FOX GROUP  May 200

P00004490

# CONTINUATION SHEET
# FOR APPLICATION FORMS

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR,TX, and VA,  only.
  Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use
  this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the
  two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable
  to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on
  the basic application or for the continuation of Space 1 on any of the three Short Forms
  PA, TX, or VA.

**FORM PA /CON**

PA 1-095-844

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|-----|-----|----|----|----|-----|----|-----|

EFFECTIVE DATE OF REGISTRATION

9          23          02

(Month)       (Day)       (Year)

CONTINUATION SHEET RECEIVED

SEP 2 3 2002

Page  3  of  4  pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

| **A**<br>Identification<br>of<br>Application | **IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:<br>• TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)<br>**BEND IT LIKE BECKHAM**<br><br>• NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)<br>**BILB Productions, Ltd.  99 Kenton House, Kenton  Harrow, Middlesex HA3 0AN, UK** |
|---|---|

**B**
Continuation
of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼      Year Died ▼ |
|---|---|---|
| Was this contribution to the work a "work made for hire"?<br>☐ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☐ No  If the answer to either of these questions is<br>Pseudonymous?  ☐ Yes ☐ No  "Yes," see detailed instructions. |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼      Year Died ▼ |
|---|---|---|
| Was this contribution to the work a "work made for hire"?<br>☐ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☐ No  If the answer to either of these questions is<br>Pseudonymous?  ☐ Yes ☐ No  "Yes," see detailed instructions. |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH<br>Year Born ▼      Year Died ▼ |
|---|---|---|
| Was this contribution to the work a "work made for hire"?<br>☐ Yes<br>☐ No | AUTHOR'S NATIONALITY OR DOMICILE<br>Name of Country<br>OR { Citizen of ▶<br>Domiciled in ▶ | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK<br>Anonymous?  ☐ Yes ☐ No  If the answer to either of these questions is<br>Pseudonymous?  ☐ Yes ☐ No  "Yes," see detailed instructions. |

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the
continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

P00004491

CONTINUATION OF (Check which):     ☐ Space 1     ☒ Space 4     ☐ Space 6

RoadMovies Filmproduktion GmbH
Clausewitzstrasse 4
D-10629 Berlin, Germany

**C**
Continuation
of other
Spaces

| | | |
|---|---|---|
| **Certificate will be mailed in window envelope to this address:** | Name ▼ Fox Group Legal<br>    Attn: Mary McGuire (Bldg. 2121, Room 522)<br>Number/Street/Apt ▼<br>    P.O. Box 900<br>City/State/ZIP ▼<br>    Beverly Hills, CA 90213 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**D**

FOX GROUP  May 2001

P00004492

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*



**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PA 894-352**

EFFECTIVE DATE OF REGISTRATION

**JUL 1 4 1998**
Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

"SMALL SOLDIERS"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

## 2

**a** **NAME OF AUTHOR ▼**

DreamWorks L.L.C.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see space 6)

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** **NAME OF AUTHOR ▼**

Universal City Studios, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ **United States**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work (see space 6)

**c** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** If the answer to either of these questions is "Yes," see detailed instructions.
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1998 ◀Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month July   Day 10   Year 1998
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
DreamWorks L.L.C.   &   Universal City Studios   &   Amblin Entertainment, Inc.
100 Universal City Plaza   100 Universal City Plaza   100 Universal City Plaza
Universal City, CA 91608   Universal City, CA 91608   Universal City, CA 91608

See instructions before completing this space.

**APPLICATION RECEIVED**
JUL 14 1998
**ONE DEPOSIT RECEIVED**
JUL 14 1998   6 Reels 35mm/L
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written agreement

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

P00005827

EXAMINED BY _____ 61 _____ FORM PA

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

The previously submitted screenplay is incorporated in this work.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Audio visual elements, dramatic, musical and literary material and other works of authorship incorporated in the motion picture, other than the material set forth in 6.a. above, have been added to this work.

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                              Account Number ▼

DreamWorks Films L.L.C.                              DA079529

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

DreamWorks L.L.C.
100 Universal City Plaza, Bldg. 10
Universal City, CA  91608
Attn: Lawrence D. Weisberg (lweisberg@dreamworks.com)
                    Area Code and Telephone Number ▶ 818-733-6830

**7**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ DreamWorks L.L.C. _____
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Katherine Kendrick, Esq.                              Date ▶ July 10, 1998

Handwritten signature (X) ▼
                    Katherine Kendrick

**8**

**MAIL
CERTIFI-
CATE TO**

Name ▼
Lawrence D. Weisberg
DreamWorks L.L.C.

Number/Street/Apt ▼
100 Universal City Plaza, Bldg. 10

City/State/ZIP ▼
Universal City, CA  91608

**9**

Certificate
will be
mailed in
window
envelope

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000          ⟳ PRINTED ON RECYCLED PAPER          ☆U.S. COPYRIGHT OFFICE WWW: February 1996

Additional Certificate (17 U.S.C. 706)

Page 3

**FORM L-M**

| CLASSES | REGISTRATION NO. |
| --- | --- |
| **L-M** | Lp 28304 |
| | DO NOT WRITE HERE |

# Certificate
## Registration of a Claim to Copyright
### in a motion picture



**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name    Twentieth Century-Fox Productions, Ltd.

Address    c/o Twentieth Century-Fox Film Corporation, 444 W. 56th St.,
New York, New York

Name

Address

**2. Title:** CLEOPATRA
*(Title of the motion picture)*

**3. (a) Nature of Work:**
☒ Photoplay      ☐ Motion picture other than a photoplay

     **(b) Description of Copies:** 21,878 Feet    70mm color sd. Todd-Ao

     **(c) Number of Prints Deposited** (for unpublished works only):

**4. Author:**

Name    Twentieth Century-Fox Productions, Ltd.    Citizenship U S A
*(Name of country)*

Domiciled in U. S. A.   Yes ☒   No ☐   Address New York, New York

**5. (a) Date of Publication:**

     June 19, 1963

     **(b) Place of Publication:**

     United States
*(Name of country)*

**6. (a) Previous Registration or Publication:**

     ☐ Previous registration      ☐ Previous publication

     **(b) New Matter in This Version:**

*Complete all applicable spaces on next page*

P00010736

**7. Deposit account:**

Fulton Brylawski

**8. Send correspondence to:**

Name ............................................  Address ............................................

**9. Send certificate to:**

(Type or print name and address)

Name

Fulton Brylawski

Address

224 East Capitol Street
(Number and street)

Washington                3                D. C.
(City)              (Zone)              (State)

## Information concerning copyright in motion pictures

*When To Use Form L-M.* Form L-M is appropriate for unpublished and published motion pictures.

*What Is a "Motion Picture"?* The copyright law provides for two classes of motion pictures:

—*Photoplays* (Class L) include motion pictures that are dramatic in character and tell a connected story, such as feature films, filmed television plays, and animated cartoons.

—*Motion Pictures Other Than Photoplays* (Class M) include such films as newsreels, travelogues, promotional films, nature studies, and filmed television programs having no plot.

*Unpublished Scenarios.* The Copyright Office cannot make registration for an unpublished scenario, synopsis, format, or general description of a motion picture.

*No "Blanket" Copyright.* The general idea, outline, or title of a motion picture or of a filmed series cannot be copyrighted. Registration for a motion picture covers the copyrightable material in the film, but does not give any sort of "blanket" protection to the characters or situations portrayed, to future films in the series, or to the series as a whole.

*Duration of Copyright.* Statutory copyright begins on the date the work was first published, or, if the work was registered for copyright in unpublished form, copyright begins on the date of registration. In either case, copyright lasts for 28 years, and may be renewed for a second 28-year term.

### Unpublished motion pictures

*How To Register a Claim.* To obtain copyright registration mail the following material to the Register of Copyrights, Library of Congress, Washington 25, D. C.: (1) the title of the film; (2) a description (synopsis, press book, continuity, etc.); (3) for photoplays, one print (frame or blow-up) taken from each scene or act, and for other motion pictures, at least two prints taken from different sections of the film; (4) an application on Form L-M; and (5) a fee of $4.

*Procedure To Follow if Work Is Later Published.* If the work is later reproduced in copies and published, it is necessary to make a second registration, following the procedure outlined below. To maintain copyright protection, all copies of the published work must contain a copyright notice in the required form and position.

### Published motion pictures

*What Is "Publication"?* Publication, generally means the sale, placing on sale, or public distribution of copies. In the case of a motion picture, it may also include distribution to film exchanges, film distributors, exhibitors, or broadcasters under a lease or similar arrangement.

*How To Secure Copyright in a Published Motion Picture:*
1. *Produce copies with the copyright notice.*
2. *Publish the work.*
3. *Register the copyright claim* by sending to the Copyright Office: (1) two complete copies of the best edition of the motion picture; (2) a description (synopsis, press book, continuity, etc.); (3) an application on Form L-M; and, (4) a fee of $4.

*The Copyright Notice.* In order to secure and maintain copyright protection for a published work, it is essential that all copies published in the United States contain the statutory copyright notice. For motion pictures this notice should appear on or near the title frame, and should consist of the word "Copyright," the abbreviation "Copr." or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: If copies are published without the required notice, the right to secure copyright is lost and cannot be restored.

*Return of Deposit Copies.* The deposit copies (i. e., reels) of published motion pictures are subject to retention by the Library of Congress. A contract, however, may be made with the Librarian for return of the copies, and contract forms may be obtained on request. Information regarding the contract may be obtained from the Exchange and Gift Division, Library of Congress, Washington 25, D. C.

| **FOR COPYRIGHT OFFICE USE ONLY** | | |
|---|---|---|
| Application received | Prints received | One copy received |
| JUL -7 1964 | | |
| Two copies received | | |
| JUL -7 1964  70mm | | |
| Title and description received | | |
| JUL -7 1964 | | |
| Fee received | | |

P00010737

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM PA

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| PA **518 297** |
| PA PAU |

| EFFECTIVE DATE OF REGISTRATION |
|---|
| JUN 17 1991 |
| (Month)     (Day)     (Year) |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**1**
'i nde

TITLE OF THIS WORK:

ROBIN HOOD: PRINCE OF THIEVES

NATURE OF THIS WORK: (See instructions)

MOTION PICTURE

PREVIOUS OR ALTERNATIVE TITLES:

---

**2**
Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1
NAME OF AUTHOR:
Morgan Creek Productions, Inc.

Was this author's contribution to the work a "work made for hire"?  Yes XX  No .....

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ....USA............ } or { Domiciled in .......................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes .... No .....
Pseudonymous?  Yes ... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
entire work

2
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.....  No .....

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... } or { Domiciled in .......................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes .... No .....
Pseudonymous?  Yes ... No .....
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

3
NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?  Yes.....  No ...

DATES OF BIRTH AND DEATH:
Born ..... Died .....
(Year)     (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ...................... } or { Domiciled in .......................
(Name of Country)                    (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?  Yes .... No ...
Pseudonymous?  Yes ... No ...
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**3**
Creation and Publication

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year... 1991 .

(This information must be given in all cases)

DATE AND NATION OF FIRST PUBLICATION:

Date........ ...June  14,  1991 ..
(Month)     (Day)     (Year)

Nation .... USA and Canada ...
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**4**
Claimant(s)

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

MORGAN CREEK PRODUCTIONS, INC.
1875 Century Park East, Suite 200
Los Angeles, CA 90067

and

WARNER BROS. INC.
4000 Warner Blvd.
Burbank, CA 91522

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
by agreement

---

* Complete all applicable spaces (numbers 5-9) on the reverse side of this page
* Follow detailed instructions attached  * Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ... pages

| | EXAMINED BY: | APPLICATION RECEIVED:<br>JUN 17, 1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| PA **518 297** | CHECKED BY: | | |
| | CORRESPONDENCE:<br>☐ Yes | DEPOSIT RECEIVED:<br>JUN 17, 1991 | |
| | DEPOSIT ACCOUNT<br>FUNDS USED:<br>☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?  Yes XX . . . . . . No . . . . . . . . .

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☒ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of this application.

- If your answer is "Yes," give:  Previous Registration Number . . . . Pending . . . . . . . . Year of Registration . . 1991 . . . . . . . . . . . . . . .

**5**
Previous
Registra-
tion

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
screenplay, some footage previously registered (reels 3,4,5,6,7) as unpublished
work, sound recordings: "EVERYTHING I DO (I DO IT FOR YOU)", "WILD TIMES"
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
some new motion picture footage (reels 1,2,8)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**6**
Compilation
or
Derivative
Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:  Warner Bros, Inc, . . . . . . . . . . . . . . . . . . . . . . .

Account Number: . . DA013544 . . . . . . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: . . . . . . . . . . . . . . . same as space 9 . . . . . . . . .

Address: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . (Apt)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(City)                    (State)                    (ZIP)

**7**
Fee and
Correspond-
ence

---

**CERTIFICATION:** ❊ I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s) ☒ authorized agent of:  WARNER BROS., INC.
                                        (Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Penny Dellinger_

Typed or printed name . . . . PENNY DELLINGER . . . . . . . . . . . . . . . . . . . . Date . . 6/17/91 . . . . . . . .

**8**
Certification
(Application
must be
signed)

---

| MAIL<br>CERTIFICATE<br>TO | **9**<br>Address<br>For Return<br>of<br>Certificate |
|---|---|

Penny Dellinger
. . . . WARNER BROS. INC. LEGAL DEPT. . . . . . . . . . . . . . . . . . . . . . . . . .
4000 Warner Blvd. (Name)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Number, Street and Apartment Number)
Burbank, CA 91522
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(City)            (State)            (ZIP code)

(Certificate will
be mailed in
window envelope)

❊ 17 U.S.C. §506(e): FALSE REPRESENTATION – Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1988-311-425/12                                    Aug. 1988—50,000

**P00012816**

# EXHIBIT 2

## to Declaration of Andrew Jick

## (FILED UNDER SEAL)