# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:06-cv-05578-SVW-JC | Date | October 21, 2013 |
|---|---|---|---|
| Title | Columbia Pictures Industries Inc et al v. Gary Fung et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Steven B Fabrizio

Erin R. Ranahan
Jared Smith

**Proceedings:**   STATUS CONFERENCE

Conference held. The Court is advised that the parties have reached a settlement and filed their stipulation and proposed judgment. All dates are vacated.

The matter is submitted.

:   02

Initials of Preparer   PMC