UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., *et. al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>GARY FUNG, *et. al.*<br><br>*Defendants.* | CV-06-05578 SVW (JCx)<br><br>**STIPULATION AND [PROPOSED] JUDGMENT** |

Plaintiffs Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corporation, Tristar Pictures, Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment Inc., Universal City Studios LLLP, and Universal City Studios Productions LLLP (collectively "Plaintiffs"), and Defendants Gary Fung and Web Technologies, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate to the entry of Judgment in favor of Plaintiffs according to the following terms.

1. The Defendants acknowledge that each of them has been properly and validly served with the Summons and Complaint in this action.

2. Judgment shall be entered against the Defendants and in favor of the Plaintiffs in the above-captioned case.

3. The Defendants, jointly and severally, shall pay damages to Plaintiffs in the amount of One Hundred And Ten Million Dollars (US$110,000,000).

4. The MODIFIED ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION, issued by the Court on August 5, 2013, Docket No. 551 (the "Permanent Injunction"), shall remain in full force and effect, and binding on Defendants. The Permanent Injunction is incorporated into and made a part of this Judgment as if it were set forth verbatim herein.

5. In addition to complying with the terms of the Permanent Injunction, within seven (7) calendar days of the signing of this Stipulation (the "Shutdown Date"), the Defendants shall permanently shall cease and desist from directly or indirectly operating or supporting any part of the "Isohunt System," as defined below, including without limitation engaging in any of the following activities: (a) operating, or in any manner assisting in or supporting the operation of, the Isohunt System, (b) operating any computer servers or software that in any manner assists in or supports the operation of the Isohunt System, or (c) in any way profiting or benefiting from the Isohunt System. For purposes of this Stipulation and Judgment, the "Isohunt System" shall mean the websites www.isohunt.com, www.podtropolis.com, www.torrentbox.com, and www.ed2k-it.com, and shall further include any servers, trackers, software, and electronic data that make up or support such websites.

6. The Defendants irrevocably and fully waive notice of entry of the Judgment, and notice and service of the entered Judgment, and understand and agree that violation of the Permanent Injunction will expose the Defendants to all penalties provided by law, including for contempt of Court.

7. The Defendants consent to continuing jurisdiction of the Court for purposes of enforcement of the Judgment and Permanent Injunction, and

irrevocably and fully waive and relinquish any argument that venue or jurisdiction by this Court is improper or inconvenient.

8. The Defendants irrevocably and fully waive any and all right to appeal the Judgment and Permanent Injunction, to have them vacated or set aside, or otherwise to attack in any way, directly or collaterally, their validity or enforceability.

9. Nothing contained in the Judgment or Permanent Injunction shall limit the right of the Plaintiffs to recover damages for any and all infringements by the Defendants of the Plaintiffs' copyrighted works occurring after the Shutdown Date.

10. The Defendants acknowledge that they have read this Stipulation and Judgment, and have had it explained by counsel of their choosing, and fully understand it and agree to be bound thereby, and will not deny the truth or accuracy of any term or provision herein.

11. The Plaintiffs shall not be required to post any bond or security, and the Defendants permanently, irrevocably, and fully waive any right to request a bond or any other security.

12. The undersigned counsel represent that they have been authorized to execute this Stipulation and Judgment on behalf of their respective clients as set forth below.

//
//
//

13. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the final Judgment and Permanent Injunction.

DATED: October 16, 2013

By: _____
Steven B. Fabrizio

By: _____
Ira P. Rothken

STEVEN B. FABRIZIO
KENNETH L. DOROSHOW
JENNER & BLOCK LLP
1099 New York Avenue, N.W.
Suite 900
Washington, D.C. 20001

GIANNI P. SERVODIDIO
JENNER & BLOCK LLP
919 Third Avenue
New York, NY 10022

KAREN R. THORLAND
FARNAZ M. ALEMI
MOTION PICTURE ASSOCIATION
OF AMERICA
15301 Ventura Boulevard
Building E
Sherman Oaks, CA 91403

*Attorneys for Plaintiffs*

IRA P. ROTHKEN
JARED R. SMITH
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949

MICHAEL S. ELKIN
THOMAS PATRICK LANE
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166

JENNIFER GOLINVEAUX
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111

*Attorneys for Defendants*

## JUDGMENT AND PERMANENT INJUNCTION

Having duly considered the above Stipulation of the Parties, and the proceedings in this Action, the Court orders that the Judgment above shall be entered as the final judgment of this Court.

SO ORDERED, this  23  day of October, 2013.

Hon. Stephen V. Wilson
United States District Judge

**JUDGMENT**